**Exhibit A to the Complaint**

**Location:** Lafayette, CA
**Total Works Infringed:** 56

**IP Address:** 73.189.203.92
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 9739DE4BF55F872AA4E3CF672123508369625059 | 10/21/2026 23:13:41 | Blacked Raw | 09/28/2026 | 10/01/2026 | PA0002607183 |
| 2 | CFF88D2E5529911F40E2D3881BE6819E18EEC4D3 | 10/23/2026 00:17:14 | Wifey | 11/15/2025 | 11/26/2025 | PA0002554927 |
| 3 | 91F3CFD7CE5D7CA3A78C0521928B539C1B8D6E2B | 10/23/2026 00:11:56 | Blacked | 09/30/2026 | 10/08/2026 | PA0002608383 |
| 4 | D99B3F16170300CD8469577A0E2496FB7B9C60BD | 10/22/2026 22:32:01 | Wifey | 11/29/2025 | 12/09/2025 | PA0002556534 |
| 5 | 8AED57CB380B60BD4D76D55E3D1D3E607F26B5DE | 10/22/2026 22:31:59 | Wifey | 11/22/2025 | 11/26/2025 | PA0002554942 |
| 6 | DAF184D9CD4ABD7B9C6960E41574B9125FEF8CBB | 10/22/2026 22:29:18 | Wifey | 11/01/2025 | 11/26/2025 | PA0002554937 |
| 7 | 7B7DB2EDE352713F7B3692CEA468D83889F24DB9 | 10/22/2026 22:18:44 | Wifey | 11/08/2025 | 11/26/2025 | PA0002554936 |
| 8 | 77DFAEEF1570DB90410F0D26FB1FC39793838324 | 10/16/2026 18:31:51 | Blacked Raw | 09/18/2026 | 09/24/2026 | PA0002606106 |
| 9 | 7D8220EA3C35D8CF2C3C8CB6C4DE02BD74BD9004 | 10/14/2026 19:11:43 | Wifey | 08/16/2025 | 08/19/2025 | PA0002545666 |
| 10 | 7BDBEF30E0810D9984C053524222289A3D46A4B8 | 10/14/2026 16:36:15 | Blacked | 09/15/2026 | 09/24/2026 | PA0002606111 |
| 11 | 3674B990B61A5B9BBF8E2103C6CA32914BCCFBE7 | 10/14/2026 16:35:48 | Wifey | 08/02/2025 | 08/08/2025 | PA0002544243 |
| 12 | CC238EE2F32E0A1C6CC336DCBB283C914327D27C | 10/14/2026 16:35:20 | Wifey | 08/23/2025 | 09/16/2025 | PA0002551016 |
| 13 | AB1FAF03B04F61190027E54FC718D046E210E356 | 10/13/2026 06:12:44 | Wifey | 08/09/2025 | 08/19/2025 | PA0002545671 |
| 14 | 23B9B4167842E98743FDD21B15C74EF21ADF82D2 | 10/13/2026 05:59:00 | Wifey | 08/30/2025 | 09/16/2025 | PA0002551025 |
| 15 | 05FB06E4938A75A9D98BB1476C16CF4BDD5D7671 | 10/13/2026 05:58:59 | Wifey | 09/21/2025 | 09/24/2025 | PA0002552387 |
| 16 | 57BE6A2184C0A8F3F8673B11F55403B26B9CA55E | 10/13/2026 05:58:49 | Wifey | 09/13/2025 | 09/24/2025 | PA0002552390 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | BE78E157F49D6AF93B675816A3999C177CB5226B | 10/13/2026 05:57:42 | Wifey | 09/27/2025 | 11/26/2025 | PA0002554935 |
| 18 | 21A75BFEF66FF324F692347C26985672166A9A30 | 10/12/2026 21:37:50 | Wifey | 05/24/2025 | 06/10/2025 | PA0002534386 |
| 19 | D986FE00824C12BC53613943111738F932887D18 | 10/12/2026 17:00:47 | Wifey | 07/26/2025 | 08/08/2025 | PA0002544244 |
| 20 | 33E6ABF83861E6B5282511480D5F76E7819E4E5D | 10/12/2026 16:26:44 | Wifey | 06/07/2025 | 06/10/2025 | PA0002534377 |
| 21 | D589C80FA185DFBEA15825F0FE8A462957E3DD8E | 10/12/2026 15:35:12 | Wifey | 06/21/2025 | 07/08/2025 | PA0002539151 |
| 22 | 21A532DE4681DD2F2F8A46BDF763CCDF426C0C79 | 10/12/2026 15:32:56 | Wifey | 05/03/2025 | 05/21/2025 | PA0002531830 |
| 23 | C538C68DF616CE57A146D82290DC9BA85C8590AA | 10/12/2026 09:38:24 | Wifey | 06/14/2025 | 06/20/2025 | PA0002536486 |
| 24 | 5B97CDB6E1D9CD7736511E6192474C200824FB55 | 10/12/2026 08:17:18 | Wifey | 07/05/2025 | 07/09/2025 | PA0002539416 |
| 25 | DB880CA8F4A970A22630849276B9F180A47379BE | 10/12/2026 02:50:49 | Wifey | 07/19/2025 | 07/22/2025 | PA0002541702 |
| 26 | 22769A6871D63695F089969B11EDE6A62C14E133 | 10/12/2026 02:45:11 | Wifey | 05/17/2025 | 05/21/2025 | PA0002531815 |
| 27 | B5CEEDA4076C23240A348B7E7DF23F547341437A | 10/12/2026 02:43:27 | Tushy | 10/04/2026 | 10/08/2026 | PA0002608384 |
| 28 | 598687EA0BAC429459323B4EB26ED7D2DE0AC941 | 10/12/2026 02:40:17 | Wifey | 05/31/2025 | 06/10/2025 | PA0002534385 |
| 29 | 600438033FA32FE23FAB07D69CD5BFCB5699B6AF | 10/12/2026 02:39:16 | Wifey | 06/28/2025 | 07/08/2025 | PA0002539150 |
| 30 | F6A5503D0407C7789DEDFFA05D07F06E12DF9FC6 | 10/12/2026 02:27:37 | TushyRaw | 10/11/2026 | 10/15/2026 | PA0002609348 |
| 31 | DFC2F294E3E70E7E375C8B7C091DA9D8BC645A21 | 10/12/2026 02:20:55 | TushyRaw | 09/13/2026 | 09/17/2026 | PA0002604759 |
| 32 | FCC7FF25DF44591D4CED99A98337D46018859794 | 10/03/2026 05:16:35 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 33 | 524F82340C2DB6CDF1DD292204ADAF0F98672DC8 | 10/03/2026 05:03:56 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 34 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | 10/03/2026 04:58:37 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 5F6AA2A797FD3743DD8B5981838DC3C57784E7EA | 10/02/2026 03:34:06 | Wifey | 04/19/2025 | 04/23/2025 | PA0002527350 |
| 36 | 1A07FEE6BC7CFAA710BA750F564D18B1C9E1BC21 | 10/02/2026 03:27:44 | Blacked | 09/20/2026 | 09/24/2026 | PA0002606107 |
| 37 | 0A3D310BF903C1F8B0FF2CA87D389755A769A1CA | 10/02/2026 03:26:40 | Wifey | 04/26/2025 | 05/21/2025 | PA0002531827 |
| 38 | 953BD6379D43F93FCAB3B1D739B52242734CCA6C | 10/02/2026 03:20:20 | Vixen | 09/24/2026 | 10/01/2026 | PA0002607187 |
| 39 | DCE0126DD70DE94C7BA2E19C39A90047CF3B2106 | 10/01/2026 00:11:07 | Tushy | 09/06/2026 | 09/09/2026 | PA0002603241 |
| 40 | 9B50BBEB5CA13CEB5EFD9E2DC5EDDEEC9A61E988 | 09/23/2026 08:58:08 | Tushy | 09/13/2026 | 09/17/2026 | PA0002604829 |
| 41 | 124ED113B54413C968839B2C31EA3C5F56BB6779 | 09/23/2026 08:54:23 | Blacked | 09/05/2026 | 09/09/2026 | PA0002603240 |
| 42 | BABBDBA82F545E56B4635FBCE4F2B54905521480 | 09/23/2026 06:47:47 | Blacked | 09/10/2026 | 09/17/2026 | PA0002604779 |
| 43 | 27F8AD1411EC5C7AD08FCD089CA40C09C71B80AA | 09/23/2026 06:47:15 | Blacked Raw | 09/13/2026 | 09/17/2026 | PA0002604749 |
| 44 | 2EB01350C38975FCE8C3710A1BBED7E4E4D5E852 | 09/23/2026 06:46:05 | Blacked Raw | 09/08/2026 | 09/17/2026 | PA0002604777 |
| 45 | BE7F54B8D5AE586DB15718BB1347AD51F83F2EFC | 09/23/2026 05:43:58 | Vixen | 09/09/2026 | 10/01/2026 | PA0002607185 |
| 46 | CA318AE2CC592E707010D80C8B4D0F1C19B56032 | 09/23/2026 05:43:42 | Vixen | 09/14/2026 | 09/17/2026 | PA0002604750 |
| 47 | 87298C220B63094238BE4C3BEBAB6A2FF03E29D4 | 09/03/2026 06:00:06 | Blacked | 07/17/2026 | 07/29/2026 | PA0002596424 |
| 48 | 023A9A88BFFD6ED7D5D0E112AECD44C9BFA26774 | 09/03/2026 05:47:21 | Blacked | 08/06/2026 | 08/12/2026 | PA0002598667 |
| 49 | 26AEF2AF3A438A01AEA13EA7DFF538EA75F0A8A7 | 09/03/2026 05:42:26 | Blacked | 08/21/2026 | 08/26/2026 | PA0002601068 |
| 50 | 712DACF5FB2F0DC03CA5144B758EC753BC7D8E7C | 09/03/2026 05:39:39 | Blacked | 08/11/2026 | 08/19/2026 | PA0002599835 |
| 51 | 4B18EF438CD1D8D79EDFC1D267400402D7CC7B12 | 09/03/2026 05:32:12 | Tushy | 07/05/2026 | 07/08/2026 | PA0002592492 |
| 52 | F186F647E26578737FE1D8B2CD3DA52CCB4FC96A | 09/03/2026 05:18:04 | Tushy | 08/16/2026 | 08/26/2026 | PA0002601071 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 853B2B13697FB301D87CB62C9BB37D9B1A40EA95 | 09/03/2026 05:14:55 | Tushy | 07/12/2026 | 07/15/2026 | PA0002593944 |
| 54 | 71EB89A73E55A5A416D2E8C4B8B7F4D03D9E79DD | 09/03/2026 05:14:37 | Tushy | 07/19/2026 | 07/29/2026 | PA0002596439 |
| 55 | 193D228820CD3504E29FED5EEDF9392D9A2018B5 | 09/03/2026 05:11:12 | Tushy | 08/09/2026 | 08/12/2026 | PA0002598662 |
| 56 | 21F4B4A3AD5805B41B095435D27481611329350E | 09/01/2026 22:41:55 | Blacked Raw | 08/29/2026 | 09/09/2026 | PA0002603246 |